United States Courts
Southern District of Texas
FILED

AUG 14 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | § § § | Criminal No. |
| v. | § § | 18 CR 464 |
| JONATHAN ADAM VAN PELT,<br>    Defendant. | § § § | |

## Information

The United States Attorney charges:

### Background

That at all times relevant to this Information:

1. **Jonathan Adam Van Pelt** resided within the Houston Division of the Southern District of Texas.

2. **Jonathan Adam Van Pelt** owned and operated Stat Source, Inc., a staffing corporation that maintained its principal place of business in the Houston Division of the Southern District of Texas.

3. The Internal Revenue Service (IRS) was an agency of the United States Department of Treasury responsible for

1

administering the federal tax laws of the United States.

4. The Internal Revenue Code required employers to withhold federal income taxes from the wages of its employees.

5. The Federal Insurance Contribution Act (FICA) required employers to withhold from the wages of its employees Social Security and Medicare taxes.

6. The Internal Revenue Code required employers to pay over to the IRS the withheld federal income taxes and FICA. The law also required employers to file with the IRS, on a quarterly basis, an Employer's Quarterly Federal Tax Return, IRS form 941, that was due at the end of the month following each calendar quarter. The IRS form 941 reported the total wages and other compensation subject to withholding, the total amount of federal income tax withheld, the total amount of FICA withheld, and the total amounts of tax deposits or tax payments due for the quarter.

## Count One
(Willful failure to truthfully account for and
To pay over employment taxes – 26 U.S.C. 7202)

7. During the second quarter of 2015, ending June 30, 2015, **Jonathan Adam Van Pelt** collected and withheld from the total taxable wages of the employees of Stat Source, Inc., federal income taxes and FICA in the approximate amount of $1,050,818.54, and did willfully fail to truthfully account for, by failing to timely file by July 31, 2015, an Employer's Quarterly Federal Income Tax Return, IRS form 941, for the second quarter of 2015, and did willfully fail to pay over to the IRS any of the withheld federal income taxes and FICA still due and owing to the IRS for the second quarter of 2015

in the approximate amount of $1,050,818.54.

In violation of Title 26, United States Code, Section 7202.

> Ryan K. Patrick
> United States Attorney
> Southern District of Texas
>
> *Charles J. Escher* (signature)
>
> Charles J. Escher
> Assistant U.S. Attorney
> 1000 Louisiana St., Suite 2300
> Houston, TX 77002
> Tel: (713) 567-9716
> Fax: (713) 718-3300