# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                        Case Number: 4:18–cr–00464

Jonathan Adam Van Pelt

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Dena Hanovice Palermo

**PLACE:**

United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  9/6/2018

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Appearance

Date:   August 24, 2018

David J. Bradley, Clerk