Honorable Alfred H. Bennett,

CLERK, U.S. DISTRICT COURT RECEIVED CHAMBERS JAN 08 2019 SOUTHERN DISTRICT OF TEXAS HOUSTON, TEXAS

I would like to start by introducing myself. My name is Jenise N. Galey. I am a Registered Nurse who works at Cy-Fair ISD as one of the districts Lead Nurses. Along with managing my campus clinic, which consists of a combination of 1,000 students/staff, I help the district mold and develop other campus nurses into employees that utilize their professional nursing skills and critical thinking while upholding the strong trust and integrity that the community has come to expect from School Nurses. Part of my responsibility is to audit these campus nurses and insure that they are fulfilling the districts expectations by reviewing their documentation, policy procedures, and safety procedures. The district entrusts me to use my best judgement and intuition to care for my various patients as well as cultivate the nurses around me into the finest Medical professionals possible. Based on each of my yearly district appraisals conducted by my superiors I have exceeded expectations as an employee both professionally and personally. I am proud that I have gained the trust of my colleagues and surrounding community.

Today I write you a letter that could not be more heartfelt and earnest. It's surreal for me that despite Jonathan VanPelt's compassionate lifestyle I feel it necessary to write a character letter on his behalf. It feels unfair in so many ways because in reality he has shown ME through his actions how to be a truly good human being, how to be compassionate despite your own personal circumstances, he has taught me to always look for opportunities to find the good in each day, to actively search for situations where you can assist others or make someone's day easier. In the over decade I have known him personally his philanthropy has known no bounds. This is a man who sees a table of children with down syndrome and buys their entire meal just to make that meal a little easier for their families, he has aided a father in buying Christmas presents when the children's mother past away that year, he has helped families pay for medical bills that would have otherwise drowned them, he has come up and sat with my infant while he was in the ICU, he has had a families A/C unit repaired in the summer when their baby with a Heart condition was unable to overheat, he has hired someone to help with housecleaning for a individual going through chemo, and it was no surprise that he was even chosen as Houston's Humanitarian of the Year in 2017. This man has shown kindness and love to more people then would even be allowed to write letters.

When my husband and I found out we were pregnant with our second son the only part of our son's name my Husband and I agreed on immediately was "Jonathan" as his middle name. This is entirely because "Jonathan" will ALWAYS be a name that will be associated with the type of person I would want my son to grow up and become. I would be honored if my son grows up trying to seek out ways to make others' lives better and that like his namesake his actions would speak so loud that no one would ever need to question the pure goodness and love in his heart.

I am aware that Jonathan is being convicted of "Willful failure to truthfully account for and to pay over Employment taxes" however this cannot overshadow the lives he has made bearable by just being in them. It is so important that Jonathan is allowed to continue to be a dynamic participant in society. His contributions to our community are priceless. Jonathan supports various charities, special needs children through various donations, college students scholarships programs, and has donated to Dan's House of Hope to help house patients actively going through Chemotherapy but face the struggles of financing a hotel room during their treatment and this is just to name a few of his humanitarian acts. His role in making Houston a better place is more vital than one can imagine but to those groups he has already aided would absolutely validate.

As a nurse I have personally cared for Jonathan during his ongoing Parkinson's diagnosis. I have observed his health and mobility drastically decline. EMS is needing to be called more frequently which means his health is no longer being maintained by solely in home medical interventions any longer. It saddens me more than I can say that his days of being physically able to be as active in the community are numbered. I remember he said to me once a few years back that he felt a strong need to help as many people while he was still able. I am now understanding exactly what he meant as I witness his bed ridden days becoming more numbered.

I am aware that you have much to consider during this time and that you must take your role as a leader with great pride and responsibility or you would not be where you are today. I just pray that you will consider the amazing asset this man is to our entire community and city. With all the evil in the world we NEED someone to help bring the light. The ripple effects he produces by his kindness is astronomical. Please do not stop this man's humanitarian mission. His health will not allow much more time to spread the kind of humanity he is capable of exhibiting. There are many out there in Houston that are praying for a miracle and by allowing Jonathan to stay active in the community he may actually be able to answer some of those prayers unknowingly.

Thank you so much for your time.

Sincerely,

*Jenise Galey*

Jenise N. Galey RN

Jenise Gatey
11103 Muleshoe Ct.
Houston, TX 77095

The Honorable Alfred H. Bennett
515 Rusk St.
Houston, TX 77002

North Houston TX
05 JAN 2019 PM 4 L

77002-260099

United States Courts
Southern District of Texas
FILED
JAN 08 2019
David J. Bradley, Clerk of Court