

18 CR 464

To the Honorable Alfred H. Bennett:

My name is Wyatt Galey and I am currently an 8th grader at Spillane middle school. I am on the Football team, track team, and active in Fellowship of Christian Athletes. I am in above level classes and am preparing to follow an academic path that will allow me the opportunity to become a Neonatologist. In the past 4 years I have become CPR certified and actively help care for by medically fragile 4 year old brother. Due to my dad enduring Chemotherapy for Renal Cancer these past few years my mom and I were often in charge of caring for my brother. It is my brother, my father, and years of watching Mr. Van Pelt struggle with Parkinson's disease that has made me becoming a medical professional my highest goal.

I wanted to write and tell you a little about Mr. Jonathan Van Pelt's crucial role he has had in my life. Mr. Van Pelt is someone I have known for almost all my life. He allowed me to experience opportunities others my age would only dream. He helped my parents fund an opportunity to go on a 12 day educational trip to Europe last summer. I was able to see different architectures, histories, cultures, and life styles. I was able to see how people on the other side of the world express quality work through trades, art, and music. I was able to see that a house, a car, and even a job is not guaranteed to us. If we are able to obtain them then we work hard to keep them. I came back home with an appreciation for the United States and an appreciation for those that have to work so much harder just to make ends meet. By making this opportunity possible I feel as though I have such a stronger understanding of my country, other countries, and I appreciate each job opportunity given to me so much more. I will forever be grateful in Mr. Van Pelt for understanding the importance for me to experience this and helped make it happen for me.

As Mr. Van Pelt has become more limited because of his Parkinson's he has allowed me more and more jobs to help him around the house. I have always appreciated that he allowed me opportunities to work hard and make money at the same time. When I worked really hard I felt pride when I was paid because I knew I had given my best. This lesson definitely made it hard to go a spend money on needless things. I learned quickly that a video game is not always worth the hours of manual labor. I thought about that often when asking my parents for money to go to movies. Mr. Van Pelt was always there to make sure that I learned what working hard and having a good work ethic meant.

I am very grateful that Mr. Van Pelt is such a big part of my family's life. It meant a lot when I saw him get the Humanitarian Award last year. It made me proud that he was our friend. It made me proud that my brother has his name and it made me realize that if I work hard, am good to others, and always pay it forward that maybe I can make the kind of difference that Mr. Van Pelt has made for those around him.

Thank you for time and I hope you will see what an awesome person Mr. Jonathan Van Pelt really is.

Sincerely,

*Wyatt Galey*

Wyatt Galey

Wyatt Galey
1103 muleshoe Ct.
Houston, TX 77095

#861631

United States Courts
Southern District of Texas
FILED

JAN 08 2019

David J. Bradley, Clerk of Court

The Honorable Alfred H. Bennett
515 Rusk St.
Houston, TX 77002