**Pamela Clark**
3030 Greenridge 4
Houston, TX 77057
313-717-9571
Pamclr18@gmail.com



18 CR 464

December 12, 2018

**The Honorable Alfred H. Bennett**
515 Rusk St,
Houston, TX 77002

Dear Judge Bennett

It was very recently brought to my attention that my dear friend was facing sentencing for "Wilful Failure to truthfully account for and to pay over Employment taxes." Due to the severity of this case I am compelled to mention what a influential individual he has been to my life as well as for my son's. My hopes are that you know what good deeds he has done for me and what I have witnessed since becoming a part of his family.

I am a single mother continuing my education in pursuit of my degree that I've long sought out for since I moved to Houston 13 years ago. I am a member of the non profit organization Capital Idea Houston and a student of Houston Community College. I met Jon when I was a waitress at Cheesecake Factory in 2013. His genuinity and quick-wit sparked conversations that made me think differently on the future of myself as well as for my son. Judge Bennett, for someone who built an empire without taking the route of academia, there is great admiration that he was not only able to build and sustain, but find initiative to give back to the community. After hearing my plans for my future, My son and I were personally invited by Jon to The 2017 Humanitarian Awards where he was nominated and selected because of his contributions to our community. In fact, I was nominated because of him for the Owen Jonathan Scholarship when I decided to start my college courses this Fall.

Unfortunately at the time he was unable to see me accept the very award he helped make possible. Parkinson's caused him to miss the very anticipated event he helped make credible. I've personally witness him still stay in good spirits, crack jokes, and maintain a sense of calmness when I knew for sure he was suffering in silence.

Jon and I had a conversation in the Spring of 2018. He told me that he has met people in high positions but the people he chooses to be his friends are influential to him not because of what they have monetarily but because they are compassionate, considerate and humble. He's also motivated me through some very tough times when I wanted to give up after losing everything in Hurricane Harvey. Not only did he donate items I lost but he told me that no matter how many jobs I need to work, I move forward and don't give up. If he can face Parkinson's and still move forward everyday, then I can do more.

Judge Bennett, please grant leniency to my dear friend. I don't believe Jonathan is in the mental or physical state to stabilize his Parkinson's. Having access to the medical facilities that would assist in adding years to him is very important to us. Please consider a repercussion that will allow him to still be a part to our community and families. I would only wish that one day I can share my gratitude for how much he has changed my life individually. Thank you for allowing me the opportunity to speak to you about the amazing impact he has had in our lives.

Sincerely,

*Pamela W. Clark*

**Pamela W Clark**

Pamela Clark
3030 Greenridge Apt A
Houston TX 77057

United States Courts
Southern District of Texas
F I L E D

JAN 08 2019

David J. Bradley, Clerk of Court

NORTH HOUSTON TX 773
10 JAN 2019 PM 3 L

The Honorable Alfred H. Bennett
515 Rusk St
Houston, TX. 77002

77002-260099

USA